# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-327
_____

BRIAN LEE BROWN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John L. Miller, Judge.

October 4, 2019

PER CURIAM.

AFFIRMED.

RAY C.J., and B.L. THOMAS and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Andy Thomas, Public Defender, Archie F. Gardner, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tabitha Rae Herrera, Assistant Attorney General, Tallahassee, for Appellee.